7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 04 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

GUSTAVO MENDEZ           )
                         )
vs                       )   Civil Action No. B-96-237
                         )
UNITED STATES OF AMERICA )

## ORDER

Before this court is Gustavo Mendez's Motion to Vacate Under 28 U.S.C. 2255 and Motion for Summary Judgment. Defendant's motion is a request for deportation pursuant to 8 U.S.C. §1252(h)(2)(a) which grants the Attorney General the discretion to deport aliens prior to the completion of their sentence under certain circumstances. This Court recognizes that this provision is called into effect by the Attorney General, not the Defendant. Because the Attorney General has not exercised her discretion under §1252(h)(2)(a), the Defendant cannot bring this action to compel her to do so. Such an action is not authorized by the statute. 8 U.S.C. 1252(h)(2)(A). *See also Thye v. United States*, 109 F. 3d 127 (2d Cir. 1997).

Defendant also requests a downward departure based on his status as a deportable alien. This court is unpersuaded by Defendant's arguments.

Plaintiff's ~~Defendant's~~ Motion to Vacate and Motion for Summary Judgment are hereby **DENIED**. This order renders ~~Defendant's~~ Plaintiff's Motion for Ruling moot.

DONE this __3rd__ day of December, 1998 at Brownsville, Texas.

_____
United States District Judge